186 So. 924

### STATE v. S. B. (alias Sam B.) POWE.

#### 1 Div. 321.

Court of Appeals of Alabama.

Feb. 21, 1939.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb and Silas C. Garrett, III, Asst. Attys. Gen., for the State.

Harry T. Smith & Caffey, of Mobile, for appellee.

186 So. 924

### STATE v. S. B. (alias Sam B.) POWE.

#### 1 Div. 323.

Court of Appeals of Alabama.

Feb. 21, 1939.

683

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb and Silas C. Garrett, III, Asst. Attys. Gen., for the State.

Harry T. Smith & Caffey, of Mobile, for appellee.

SAMFORD, Judge.

This is a companion case to the case of State v. S. B. Powe, alias, ante, p. 402, 185 So. 781.

The cases are identical, and all of the points have been decided and treated in the Powe case, supra.

On authority of that case, the State is not entitled to an appeal. Therefore, the appeal is dismissed.

Dismissed.